# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1. U.S. Government Plaintiff
2. U.S. Government Defendant
3. Federal Question *(U.S. Government Not a Party)*
4. Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury -Medical Malpractice | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 240 Torts to Land | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | **OTHER** | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 448 Education | 540 Mandamus & Other | | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1. Original Proceeding
2. Removed from State Court
3. Remanded from Appellate Court
4. Reinstated or Reopened
5. Transferred from Another District *(specify)*
6. Multidistrict Litigation–Transfer
8. Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  Yes  No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

**SAN FRANCISCO/OAKLAND**  **SAN JOSE**  **EUREKA-MCKINLEYVILLE**

**DATE**

**SIGNATURE OF ATTORNEY OF RECORD**

# RELATED CASES

| District & Judge | Case Style | Case Number |
|---|---|---|
| Robert W. Schroeder III<br>Eastern District of Texas, Tyler Division | Realtime Data LLC d/b/a IXO v. Hewlett Packard Enterprise Co. et al. | 6:16-cv-00086-RWS-JDL |
| Robert W. Schroeder III<br>Eastern District of Texas, Tyler Division | Realtime Data LLC d/b/a IXO v. Savvis Communications. et al. | 6:16-cv-00087-RWS-JDL |
| Robert W. Schroeder III<br>Eastern District of Texas, Tyler Division | Realtime Data LLC d/b/a IXO v. Dell Inc., et al. | 6:16-cv-00089-RWS-JDL |
| Sallie Kim<br>Northern District of California San Francisco Division | Realtime Data LLC d/b/a IXO v. Fujitsu America, Inc. and Quantum Corporation | 3:17-cv-02109-SK |
| Andrew Guilford<br>Central District of California Southern Division | Realtime Data LLC d/b/a IXO v. Teradata Operations, Inc. | 2:16-cv-02743-SVW (FFMx) |
| Phyllis J. Hamilton Northern District of California Oakland Division | Realtime Data LLC d/b/a IXO v. Silver Peak Systems, Inc. | 6:16-cv-00071-PJH |
| Indira Talwani District of Massachusetts | Realtime Data LLC d/b/a IXO v. Acronis, Inc. | 1:17-CV-11279-IT |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Array Networks, Inc. | 1:17-CV-00800-GMS |

| | | |
|---|---|---|
| Edward M. Chen Northern District of California San Francisco | Realtime Data LLC d/b/a IXO v. Barracuda Networks Inc. | 3:17-cv-06701-EMC |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Evault, Inc. | 1:17-CV-00972-GMS |
| Indira Talwani District of Massachusetts | Realtime Data LLC d/b/a IXO v. Carbonite, Inc. | 1:17-cv-012499-IT |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Commvault Systems, Inc. et al. | 1:17-CV-00925-GMS |
| John D. Love Eastern District of Texas, Tyler Division | Realtime Data LLC d/b/a IXO v. Synacor, Inc. | 6:17-cv-00126-JDL |
| Rodney Gilstrap Eastern District of Texas, Tyler Division | Realtime Data LLC d/b/a IXO v. International Business Machines Corporation | 6:18-cv-00188-JRG |
| Edward M. Chen Northern District of CA San Francisco Division | Riverbed Technology, Inc. v. Realtime Data LLC d/b/a IXO | 3:17-cv-03182-EMC |
| Kristen L. Mix District of Colorado | Realtime Data LLC d/b/a IXO v. Code42 Software, Inc. | 1:17-cv-02479-KLM |
| Edward M. Chen District Court Northern CA San Francisco | Realtime Data LLC d/b/a IXO v. Nexenta Systems, Inc. | 3:18-cv-00574-LHK |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Cohesity Inc. | 1:17-cv-01543-GMS |

| | | |
|---|---|---|
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Pure Storage, Inc. | 1:17-cv-01544-GMS |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Fortinet, Inc. | 1:17-cv-01635-GMS |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Reduxio Systems, Inc. | 1:17-cv-01676-GMS |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. Egnyte, Inc. | 1:17-cv-01750-GMS |
| Gregory M. Sleet District of Delaware | Realtime Data LLC d/b/a IXO v. iXsystems, Inc. | 1:17-cv-01769-GMS |
| Robert W. Schroeder III Eastern District of Texas, Tyler Division | Realtime Data LLC v. Huawei Technologies, Co., Ltd. et al | 6:18-cv-00182-RSW-JDL |
| Gregory M. Sleet District of Delaware | Realtime Data LLC v. Cloudera, Inc. | 1:18-cv-00653-GMS |
| District of Colorado Scott T. Varholak | Realtime Data LLC d/b/a IXO v. Facebook. | 1:18-cv-01373-STV |